[No. 38502-3-II.   Division Two.   December 15, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. GEOFFREY WILLIS McCLURE, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 08-1-00252-6, George L. Wood, J., entered October 31, 2008. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Van Deren, C.J., and Quinn-Brintnall, J.

[No. 38517-1-II.   Division Two.   December 15, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. DELBERT GOBLE, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 07-1-00746-1, Nelson E. Hunt, J., entered November 4, 2008. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Van Deren, C.J., and Quinn-Brintnall, J.

[No. 38653-4-II.   Division Two.   December 15, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. PATRICK C. ADAMS, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 08-1-01085-0, Christine A. Pomeroy, J., entered November 26, 2008. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Bridgewater and Quinn-Brintnall, JJ.

[No. 38706-9-II.   Division Two.   December 15, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN DAVID HOUCK, *Appellant*.

Appeal from a judgment of the Superior Court for Jefferson County, No. 08-1-00099-6, Craddock D. Verser, J., entered November 21, 2008. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Penoyar, A.C.J., and Bridgewater, J.